ORIGINAL

ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

LAURA M JACOBSON
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: laura.jacobson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Apr 20, 2017, 8:46 am
SUE BEITIA, CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> STEPHEN D. ZACHARY ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. **17-00230-RLP** <br><br> INFORMATION <br><br> [40 U.S.C. § 1315(c), <br> 32 C.F.R. § 634.25(f), <br> H.R.S. § 431:10C-104] <br><br> CIT. NO.: 6845289/H40 <br><br> A&P:  04/26/17 |

INFORMATION

The United States Attorney charges that:

On or about JANUARY 18, 2017, in the District of Hawaii and at a place within the special maritime and territorial jurisdiction of the United States, to wit:  JOINT BASE PEARL HARBOR HICKAM, Hawaii, STEPHEN D. ZACHARY, defendant herein, did operate a motor vehicle upon a public street, road, or highway without said motor vehicle being insured under a no-fault

insurance policy, thereby committing the offense of driving without no-fault insurance.

All in violation of Hawaii Revised Statutes, Section 431:10C-104, Title 40, United States Code, Section 1315 (c), and Title 32, Code of Federal Regulations, Section 634.25(f).

DATED:   APRIL 18 2017, at Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii

By_____
LAURA M JACOBSON
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


U.S. v. STEPHEN D. ZACHARY
CR. NO. **17-00230-RLP**
CIT. NO.:  6845289/H40  [NO INSURANCE]
**"INFORMATION"**

2